## CLARKE &$^a$ agt. HARBOUR

Matthew Clarke & company plaint$^s$ ag$^t$ John Harbour Def$^t$ in an action of the case for over running theire Shallop as they were at anchor in the Sea with the Sloop of which the s$^d$ Harbour was Commander, by which meanes the plaint$^s$ lost theire Shallop that was well fitted for this Voyage, had in her three hogsheads of Salt twelve barrells of Mackarill and all theire fishing craft & theire wearing clothes; which is to theire damage at the least Eighty pounds in mony besides the loss of the remaining part of this present Voyage the s$^d$ Shallop was over run 22th of September 1676 about two a clock

in the morning w<sup>th</sup> all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> 22th Septemb<sup>r</sup> 1676. . . . The Jury . . . found for the plaint<sup>s</sup> Forty pounds mony damage & costs of Court, allowed by the Court three pounds Eight Shillings and four pence. Samuel Haugh as Surety for the Def<sup>t</sup> who appeared at the tryall appealed from this judgem<sup>t</sup> unto the next Court of Assistants & himselfe as principall in Forty pounds & Richard Collacot & John Smith Sureties in £.20. apeice acknowledged themselves respectively bound . . . on condition the abovenamed John Harbour or Samuel Haugh should prosecute this appeale . . .

[ See Records of Court of Assistants, i. 80.]